# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1078
Lower Tribunal No. 2015-CA-002393-O

_____

RACI TASMAN and DEAN TASMAN,

Appellants,

v.

LUZ M. JUSAKOS and YANI JUSAKOS,

Appellees.

_____

Appeal from the Circuit Court for Orange County.
Lisa T. Munyon and Heather Pinder Rodriguez, Judges.

March 20, 2026

PER CURIAM.

AFFIRMED.  *See Iezzi Fam. Ltd. P'ship v. Edgewater Beach Owners Ass'n*, 254 So. 3d 584, 586 n.2 (Fla. 1st DCA 2018) (observing that "Florida requires a direct harm and special injury to a corporation member, or a special duty owed, for a member to maintain an individual action compared to a derivative one" (citing *Dinuro Invs., LLC v. Camacho*, 141 So. 3d 731, 738-41 (Fla. 3d DCA 2014))).

STARGEL, MIZE and PRATT, JJ., concur.

Alan B. Taylor, of Alan B. Taylor & Associates, Professional Association, Orlando, for Appellants.

Stephen E. Belle, of Stephen E. Belle, P.A., Orlando, for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED